1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAYNE B. SILER | Case No. 2:16-cv-02300-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Nationstar Mortgage, LLC (ECF No. 9). Plaintiff advises that the parties have reached a settlement, and that a notice of voluntary dismissal should be filed within 60 days as Nationstar has not yet made an appearance in this action. Accordingly,

IT IS ORDERED that Plaintiff shall have until **March 20, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice will be filed.

DATED this 23rd day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE